# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 05-296 (RHK/SRN) |
| Plaintiff, | |
| v. | **ORDER** |
| Dena Jean Jackson, | |
| Defendant. | |

---

The Government's Motion Regarding Continuance of Sentencing Hearing is **DENIED**.

Dated: July 27, 2006              s/Richard H. Kyle
                                  RICHARD H. KYLE
                                  United States District Judge